IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DEXTER RAMONE PALMER,

    Petitioner

VS.

HUGH SMITH, WARDEN,

    Respondent

NO. 5:05-CV-208 (CAR)

PROCEEDINGS UNDER 28 U.S.C. §2254
BEFORE THE U. S. MAGISTRATE JUDGE

# O R D E R

Petitioner DEXTER RAMONE PALMER has filed a motion seeking an extension of time in which to file a response to the Answer filed herein by respondent HUGH SMITH. Tab #13 However, it appears that petitioner has failed to serve a copy upon counsel for the respondent as required. Instead, he has served the Clerk of Court. Petitioner is required to serve copies of all pleadings, motions and correspondence upon counsel for the respondent; counsel for the respondent is likewise required to serve the same upon the petitioner. The Clerk will not serve copies for the parties.

Accordingly, petitioner's motion (Tab #13) is **DENIED** without prejudice to his right to refile provided he serves a copy thereof upon respondent's counsel. In addition, the parties are required to attach a certificate of service to their filings showing upon whom service was made, how it was made (e.g., by mail, personal delivery, etc.), and when it was made.

Petitioner earlier filed a motion seeking to amend his petition by adding new grounds for relief. Tab #10. This motion was filed prior to any responsive pleadings being filed on behalf of the respondent. Therefore, petitioner's motion is **GRANTED**, and the Clerk of court is directed to serve a copy thereof upon counsel for the respondent. Counsel shall have **THIRTY (30) DAYS** from the date of receipt of said copy within which to file a response.

SO ORDERED AND DIRECTED, this 1st day of SEPTEMBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE